```
              IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF MARYLAND
```

In Re:

STEPHANIE LYNN STEIN                    Case No:   21-13468 MMH

        Debtor                         Chapter 13

- - - - - - - - - - - - - - - - - -

               LINE AMENDING DEBTORS ADDRESS

MR. CLERK:

    Please amend the address of Stephanie Lynn Stein as follows:

        Stephanie Lynn Stein
        1 Dalecrest Court
        Unit 301
        Timonium, MD 21093


Date:  February 29, 2024

                                    **/s/Edward C. Christman, Jr.**
                                    Edward C. Christman, Jr.
                                    Christman & Fascetta LLC
                                    810 Gleneagles Court
                                    Suite 301
                                    Towson, MD  21286
                                    (410) 494-8388
                                    CPF # 9012180107

cc:
Brian Tucci, Trustee
P O Box 1110
Millersville, MD 21108