Entered: March 28, 2024
Signed:  March 28, 2024

**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   21−13468 − MMH     Chapter:   13**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Stephanie Lynn Stein
1 Dalecrest Court
Unit 301
Timonium, MD 21093

Social Security No.:   xxx−xx−9117

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 13 of Title 11, U.S. Code was filed by or against the above−named debtor on 5/25/21.

The estate of the above−named debtor has been fully administered.

The deposit required by the plan has been distributed.

ORDERED, that Brian A. Tucci is discharged as trustee of the estate of the above−named debtor; and the Chapter 13 case of the above named debtor is closed.

**End of Order**

**fnldec −** *JosephChandler*